UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANTHONY MOSE, JR., ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-162-JJB-SCR

\* \* \* \* \* CONSOLIDATED WITH \* \* \* \* \*

GABRIEL HAUSMANN, JR., ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-193-JJB-SCR

\* \* \* \* \* CONSOLIDATED WITH \* \* \* \* \*

TERRI T. MCGOVERN, ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-226-JJB-SCR

## ORDER

In April 2011, this Court consolidated *Anthony Mose, Jr., et al v. Keybank National Association*, No. 11-cv-162 with two cases: *Gabriel Hausmann, Jr., et al v. Keybank National Association*, No. 11-cv-193, and *Terri T. McGovern, et al v. Keybank National Association*, No. 11-cv-226. On July 26, 2011, this Court granted Keybank National Association's motion to dismiss all of Plaintiffs' claims in *Mose v. Keybank National Association* (11-cv-162, doc. 23). As such;

IT IS HEREBY ORDERED that Plaintiffs' claims in *Gabriel Hausmann, Jr., et al v. Keybank National Association*, No. 11-cv-193, and *Terri T. McGovern, et*

1

*al v. Keybank National Association*, No. 11-cv-226 be dismissed for the reasons cited in the above-referenced ruling.

Signed in Baton Rouge, LA this 4th day of August 2011.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA