UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANTHONY MOSE, JR., ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-162-JJB-SCR

\* \* \* \* \* CONSOLIDATED WITH \* \* \* \* \*

GABRIEL HAUSMANN, JR., ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-193-JJB-SCR

\* \* \* \* \* CONSOLIDATED WITH \* \* \* \* \*

TERRI T. MCGOVERN, ET AL

VERSUS

KEYBANK NATIONAL ASSOCIATION

CIVIL ACTION

NO. 11-226-JJB-SCR

## JUDGMENT

For written and oral reasons assigned in the record,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant Keybank National Association and against Plaintiffs in each of the three consolidated cases—*Anthony Mose, Jr., et al v. Keybank National Association*, No. 11-cv-162;[1] *Gabriel Hausmann, Jr., et al v. Keybank National*

---

[1] Plaintiffs in *Anthony Mose, Jr., et al v. Keybank National Association*, No. 11-cv-162, are Jodi Bertman, Jane Birriel, Tomas Birriel, Steve Blanchard, Faye Boring, James Boring, Daniel Braun, Gordon D. Bush, II, Joanne Carrillo, Juan Carrillo, Craig Cavalier, Steven Cavalier, Shirley Zaglin Cavalier-Rice, Patricia

*Association*, No. 11-cv-193;[2] and *Terri T. McGovern, et al v. Keybank National Association*, No. 11-cv-226[3]—and that Plaintiffs' claims against Defendant be dismissed.

Signed in Baton Rouge, Louisiana, this 4th day of August 2011.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

Cox, Ralph C. Cox, Jr., Merlie Fuselier, Jessica Spell Gary, Marguerite Graham, Frances Harrell, Guy Harrell, Gabriel Hausmann, Jr., Roan Geisenberger Hausmann, Brian Higgins, Melissa Higgins, Carter Hill, Lauren Hill, Bertha Kern, Nathan Kern, Annette Martin, Miki Martin, Terri T. McGovern, Frank W. Miller, Tracey F. Mose, Anthony Mose, Jr, REAA Company, LLC, Rose Ray, Carolyn Ahrens Robards, Blake Sabadie, Carlos N. Sabadie, III, Marilyn Tri, James F. Tri, Byron Trust, Joy C. Valenti, Orterio Villa, Della Watts, Donald R. Watts, Sergio Yibrin, Melanie Zurik, Sam Zurik.
[2] Plaintiffs in *Gabriel Hausmann, Jr., et al v. Keybank National Association, No. 11-cv-193*, are Gabriel Hausmann, Jr., Roan Geisenberger Hausmann, Steven Cavalier, Craig Cavalier, Shirley Zaglin Cavalier-Rice, Carolyn Ahrens Robards.
[3] Terri T. McGovern is the sole plaintiff in *Terri T. McGovern, et al v. Keybank National Association*, No. 11-cv-226.